✓# 117   # 129360

FILED
2011 MAR 21 PM 3:41
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Number: 09-38315 |
| Xquateesha R. Liggons, | ) | Chapter 7 |
| Debtor. | ) | JUDGE MARY ANN WHIPPLE |

## TRANSMITTAL OF UNCLAIMED FUNDS

Louis J. Yoppolo, Trustee of this estate, reports the following:

1.  Ninety (90) days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the person to whom such unnegotiated check was issued, the amount of such check and the Creditor's last known address is:

| Payee | Address | Amount |
|---|---|---|
| Buckeye CableSystem | 5566 Southwyck Blvd.<br>Toledo, OH 43614 | $207.57 |

2.  Check number 117 in the amount of $207.57 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted.

3.  Nothing further remains to be done in this case.

Respectfully submitted,

Date: March 16, 2011

/s/ Louis J. Yoppolo
Louis J. Yoppolo, Trustee
1200 Edison Plaza
300 Madison Avenue
Toledo, Ohio 43604-1556
Phone: (419) 243-6281
Fax: (419) 243-0129